# EXHIBIT C

# U.S. Patent No. 9,590,977

## Hisense Product / MediaTek Product

| | |
|---|---|
|  |  |
| Hisense H65G Series 4K UHD Android Smart TV (Model # 43H6570G) ("Hisense Product" or "Accused Product") | MediaTek video processing system and components thereof including MStar MSD6886NQHT Processor, main board hardware, integrated operating system, middleware, application program, video processing, and/or digital rights management ("DRM") software that runs on the Hisense Product ("MediaTek Product" or "Accused Product") |

U.S. Patent No. 9,590,977: Claim 1

"1. A receiving device comprising:"

| 1. A receiving device comprising: | Each of the Hisense Product and the MediaTek Product is a receiving device, and is referred to herein as an "Accused Product."<br><br>For example, the Hisense Product is an HDMI receiver with HDCP 2.2 for receiving protected content.<br><br><br><br>Hisense, 4K UHD HISENSE ANDROID SMART TV (2020), 43" Class- H65G Series, Model: 43H6570G, https://www.hisense-usa.com/televisions/all-tvs/43H6570G_4k-uhd-hisense-android-smart-tv-2020.<br><br>The Hisense Product includes three HDMI 2.0b ports that support HDCP 2.2.<br><br><br><br>*Id.* |

U.S. Patent No. 9,590,977: Claim 1
"1. A receiving device comprising:"



Image of Accused Product.

| PORTS | |
|---|---|
| HDMI | 3 (2.0b inputs) |
| Ethernet (LAN) | Yes |
| USB 2.0 | 2 |
| RF Antenna | 1 |
| RCA Composite Video Input | 1 |
| L/R Audio Input for Composite | 1 |

Hisense, H65 Series Android TV, Model 43H6570G, Specification Sheet, https://assets.hisense-usa.com/assets/ProductDownloads/204/1cfe52f276/43H6570G-Spec-Sheet.pdf.

U.S. Patent No. 9,590,977: Claim 1
"1. A receiving device comprising:"



**Inputs Specifications**

| | |
|---|---|
| **HDR10** ⑦ | Yes |
| **HDR10+** ⑦ | No |
| **Dolby Vision** ⑦ | Yes |
| **HLG** ⑦ | Yes |
| **3D** ⑦ | No |
| **HDMI 2.0 Full Bandwidth** ⑦ | Yes (HDMI 1,2,3) |
| **HDMI 2.1** ⑦ | No |
| **CEC** | Yes |
| **HDCP 2.2** | Yes (HDMI 1,2,3) |
| **USB 3.0** ⑦ | No |
| **Variable Analog Audio Out** | Yes |
| **Wi-Fi Support** | Yes (2.4 GHz, 5 GHz) |

RTINGS.com, Hisense H6570F TV Review, https://www.rtings.com/tv/reviews/hisense/h6570f. H6570F is a 2019 model of Hisense's H65 Series Android TV and, upon information and belief, H6570G, the 2020 model of Hisense's H65 Series Android TV, includes HDMI ports substantially similar to those of H6570F and is compatible with HDCP 2.2.

The Hisense Product includes the MStar MSD6886NQHT SoC (the "MStar SoC") and the SK hynix H5TQ4G63EFR (the "SK hynix Memory").

U.S. Patent No. 9,590,977: Claim 1
"1. A receiving device comprising:"



Accused Product Teardown (SoC & Memory).

The MStar SoC implements "Hardened DRM" – Mstar Trusted Execution Environment (TEE) that includes hardware support for HDCP 2.2.



U.S. Patent No. 9,590,977: Claim 1
"1. A receiving device comprising:"



MStar Semiconductor, Security Evolution on TV/OTT (Jun. 2015), *available at* https://ecfsapi.fcc.gov/file/60001077389.pdf, at pp. 2, 5, 6.

On information and belief, the MStar SoC includes an ARM TrustZone-enabled Cortex-A CPU and Mali GPU, which provide hardware support for HDCP 2.2 and execute instructions.

U.S. Patent No. 9,590,977: Claim 1
"1. A receiving device comprising:"



ARM, Designing Security & Trust into Connected Devices (Nov. 10, 2015), *available at* https://community.arm.com/cfs-file/__key/telligent-evolution-components-attachments/01-2142-00-00-00-00-67-58/ARM-Techcon-Security-2015.pdf, at p. 21.

Upon information and belief, the MStar SoC includes the ARM Advanced Microcontroller Bus Architecture (AMBA) to connect the microprocessor circuit with the memory.



ARM, AMBA Overview, https://developer.arm.com/architectures/system-architectures/amba.

U.S. Patent No. 9,590,977: Claim 1
"1. A receiving device comprising:"

| | |
|---|---|
| | Upon information and belief, the Accused Product is compliant with the High-bandwidth Digital Content Protection System Revision 2.2 ("HDCP 2.2") protocol. The Accused Product supports HDCP 2.2 for protecting content between devices.<br><br>For the purpose of this specification, it is assumed that the Audiovisual content is transmitted over a HDMI based wired display link. In an HDCP System, two or more HDCP Devices are interconnected through an HDCP-protected Interface. The Audiovisual Content flows from the Upstream Content Control Function into the HDCP System at the most upstream HDCP Transmitter. From there the Audiovisual Content encrypted by the HDCP System, referred to as HDCP Content, flows through a tree-shaped topology of HDCP Receivers over HDCP-protected Interfaces. This specification describes a content protection mechanism for: (1) authentication of HDCP Receivers to their immediate upstream connection (i.e., an HDCP Transmitter), (2) revocation of HDCP Receivers that are determined by the Digital Content Protection, LLC, to be invalid, and (3) HDCP Encryption of Audiovisual Content over the HDCP-protected Interfaces between HDCP Transmitters and their downstream HDCP Receivers. HDCP Receivers may render the HDCP Content in audio and visual form for human consumption. HDCP Receivers may be HDCP Repeaters that serve as downstream HDCP Transmitters emitting the HDCP Content further downstream to one or more additional HDCP Receivers.<br><br>High-bandwidth Digital Content Protection System Mapping HDCP to HDMI, Rev. 2.2 (Feb. 13, 2013), *available* *at* https://www.digital-cp.com/sites/default/files/specifications/HDCP%20on%20HDMI%20Specification%20Rev2_2_Final1.pdf ("HDMI HDCP 2.2") at 5.<br><br>There are three elements of the content protection system. Each element plays a specific role in the system. First, there is the authentication protocol, through which the HDCP Transmitter verifies that a given HDCP Receiver is licensed to receive HDCP Content. The authentication protocol is implemented between the HDCP Transmitter and its corresponding downstream HDCP Receiver. With the legitimacy of the HDCP Receiver determined, encrypted HDCP Content is transmitted between the two devices based on shared secrets established during the authentication protocol. This prevents eavesdropping devices from utilizing the content. Finally, in the event that legitimate devices are compromised to permit unauthorized use of HDCP Content, renewability allows an HDCP Transmitter to identify such compromised devices and prevent the transmission of HDCP Content.<br><br>This document contains chapters describing in detail the requirements of each of these elements. In addition, a chapter is devoted to describing the cipher structure that is used in the encryption of HDCP Content.<br><br>*Id.* at 9. |

U.S. Patent No. 9,590,977: Claim 1

"1. A receiving device comprising:"

| | |
|---|---|
| | The Accused Product is an HDCP Device, and more specifically an HDCP 2.2-compliant Device, capable of functioning as an HDCP Receiver and that implements required functionality of HDMI HDCP 2.2 including the functions required by the HDCP Receiver State Diagram.<br><br>The state machines in this specification define the required behavior of HDCP Devices. The link-visible behavior of HDCP Devices implementing the specified state machines must be identical, even if implementations differ from the descriptions. The behavior of HDCP Devices implementing the specified state machines must also be identical from the perspective of an entity outside of the HDCP System.<br><br>Implementations must include all elements of the content protection system described herein, unless the element is specifically identified as informative or optional. Adopters must also ensure that implementations satisfy the robustness and compliance rules described in the technology license.<br><br>*Id.* at 5.<br><br>**HDCP 2.2-compliant Device.** An HDCP Device that is designed in adherence to HDCP 2.2 is referred to as an *HDCP 2.2-compliant Device*.<br><br>*Id.* at 6.<br><br>**HDCP Device.** Any device that contains one or more HDCP-protected Interface Port and is designed in adherence to HDCP is referred to as an *HDCP Device*.<br><br>*Id.* at 7. |

U.S. Patent No. 9,590,977: Claim 1
"1. A receiving device comprising:"



**Figure 2.13.  HDCP Receiver Authentication Protocol State Diagram**

*Id.* at 31-32.

The Accused Product includes, for example, a bit in its HDCP2Version register identifying the Accused Product as HDCP 2 capable.

> **State H1: Transmit Low-value Content.** In this state, the transmitter reads the HDCP2Version register. The transmitter determines that the receiver is HDCP 2 capable by reading bit[2] in the receiver's HDCP2Version register. If this bit is set to 1, it indicates that the receiver is HDCP 2 capable. In this state the transmitter should begin sending an unencrypted signal with HDCP Encryption disabled. The transmitted signal can be a low value content or informative on-screen display. This will ensure that a valid video signal is displayed to the user before and during authentication.

*Id.* at 27.

The Accused Product receives protected content.

U.S. Patent No. 9,590,977: Claim 1
"1. A receiving device comprising:"

| | |
|---|---|
| | **2.1   Overview**<br><br>The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages<br><br>• Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.<br><br>• Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 20 ms.<br><br>• Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.<br><br>• Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.<br><br>Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access. |
| *Id*. at 11. | |

U.S. Patent No. 9,590,977: Claim 1
"means for providing a certificate identifying said receiving device;"

| means for providing a certificate identifying said receiving device; | The Accused Product comprises means for providing a certificate identifying said receiving device. |
|---|---|
| | For example, the Accused Product comprises a transmitter and a microprocessor programmed with software for providing a certificate identifying said receiving device. |

The Accused Product includes the MStar MSD6886NQHT SoC (the "MStar SoC") and the SK hynix H5TQ4G63EFR (the "SK hynix Memory").



Accused Product Teardown (SoC & Memory).

The MStar SoC implements "Hardened DRM" – Mstar Trusted Execution Environment (TEE) that includes hardware support for HDCP 2.2.

13

U.S. Patent No. 9,590,977: Claim 1
"means for providing a certificate identifying said receiving device;"



U.S. Patent No. 9,590,977: Claim 1

"means for providing a certificate identifying said receiving device;"

MStar Semiconductor, Security Evolution on TV/OTT (Jun. 2015), *available at* https://ecfsapi.fcc.gov/file/60001077389.pdf, at pp. 2, 5, 6.

On information and belief, the MStar SoC includes an ARM TrustZone-enabled Cortex-A CPU and Mali GPU, which provide hardware support for HDCP 2.2 and execute instructions.

15

U.S. Patent No. 9,590,977: Claim 1
"means for providing a certificate identifying said receiving device;"

| | |
|---|---|
| | ARM, Designing Security & Trust into Connected Devices (Nov. 10, 2015), *available at* https://community.arm.com/cfs-file/__key/telligent-evolution-components-attachments/01-2142-00-00-00-00-67-58/ARM-Techcon-Security-2015.pdf, at p. 21.<br><br>Upon information and belief, the MStar SoC includes the ARM Advanced Microcontroller Bus Architecture (AMBA) to connect the microprocessor circuit with the memory.<br><br><br><br>ARM, AMBA Overview, https://developer.arm.com/architectures/system-architectures/amba.<br><br>The microprocessor of the Accused Product programmed with software to provide a certificate, *e.g.*, *cert$_{rx}$*, to a first device (transmitter) identifying the Accused Product (second device) as part of the Authentication and Key Exchange (AKE) stage of the HDCP 2.2 protocol, the certificate comprising the public key, *e.g.*, kpub$_{rx}$.<br><br>The certificate, *cert$_{rx}$*, includes a Receiver ID for the second device, Receiver Public Key (kpub$_{rx}$), and a cryptographic signature, amongst other information. |

U.S. Patent No. 9,590,977: Claim 1
"means for providing a certificate identifying said receiving device;"

The HDCP Receiver is issued 1024-bit RSA public and private keys. The public key is stored in a Public Key Certificate issued by DCP LLC, denoted by $cert_{rx}$. Table 2.1 gives the fields contained in the certificate. All values are stored in big-endian format.

| Name | Size (bits) | Bit position | Function |
|------|------------|--------------|----------|
| Receiver ID | 40 | 4175:4136 | Unique receiver identifier. It has the same format as an HDCP 1.x KSV i.e. it contains 20 ones and 20 zeroes |
| Receiver Public Key | 1048 | 4135:3088 | Unique RSA public key of HDCP Receiver denoted by $kpub_{rx}$. The first 1024 bits is the big-endian representation of the modulus n and the trailing 24 bits is the big-endian representation of the public exponent e |
| Reserved2 | 4 | 3087:3084 | Reserved for future definition. Must be 0x0 or 0x1. |
| Reserved1 | 12 | 3083:3072 | Reserved for future definition. Must be 0x000 |
| DCP LLC Signature | 3072 | 3071:0 | A cryptographic signature calculated over all preceding fields of the certificate. RSASSA-PKCS1-v1_5 is the signature scheme used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function |

**Table 2.1. Public Key Certificate of HDCP Receiver**

HDMI HDCP 2.2 at 11.

**Public Key Certificate.**  Each HDCP Receiver is issued a Public Key Certificate signed by DCP LLC, and contains the Receiver ID and RSA public key corresponding to the HDCP Receiver.

*Id.* at 8.

The Accused Product provides the certificate to the transmitter as part of the AKE stage, irrespective of whether the transmitter has a Master Key $k_m$ stored corresponding to the Receiver ID.

U.S. Patent No. 9,590,977: Claim 1

"means for providing a certificate identifying said receiving device;"



Figure 2.1. Authentication and Key Exchange (Without Stored $k_m$)

*Id*. at 12.



Figure 2.2. Authentication and Key Exchange (With Stored $k_m$)

*Id*.

U.S. Patent No. 9,590,977: Claim 1

"means for providing a certificate identifying said receiving device;"

| | |
|---|---|
| | The Accused Product provides the certificate to the first device as part of the AKE_Send_Cert message.<br><br>The HDCP Receiver<br><br>  &bull;  Makes available the AKE_Send_Cert message for the transmitter to read in response to AKE_Init. The AKE_Send_Cert message must be available for the transmitter to read within 100 ms from the time the transmitter finishes writing the AKE_Init message parameters to the HDCP Receiver.<br><br>*Id*. at 14.<br><br>Reads AKE_Send_Cert from the receiver containing $cert_{rx}$, a 64-bit pseudo-random value ($r_{rx}$) and *RxCaps*. REPEATER bit in *RxCaps* indicates whether the connected receiver is an HDCP Repeater. If REPEATER is set to one, it indicates the receiver is an HDCP Repeater. If REPEATER is zero, the receiver is not an HDCP Repeater. The AKE_Send_Cert message must be available for the transmitter to read within 100 ms from the time the transmitter finishes writing the AKE_Init message parameters to the HDCP Receiver. If the AKE_Send_Cert message is not available for the transmitter to read within 100 ms, the transmitter aborts the authentication protocol.<br><br>*Id*. at 13.<br><br>### 4.2.2 AKE_Send_Cert (Read)<br><br>The HDCP Transmitter attempts to read AKE_Send_Cert beginning with $cert_{rx}$ within 100 ms after writing the AKE_Init message i.e. after the last byte of *TxCaps* has been written.<br><br>| Syntax | No. of Bytes |<br>|---|---|<br>| AKE_Send_Cert { | |<br>|     msg_id (=3) | 1 |<br>|     $cert_{rx}$[4175..0] | 522 |<br>|     $r_{rx}$[63..0] | 8 |<br>|     *RxCaps* | 3 |<br>| } | |<br><br>**Table 4.3. AKE_Send_Cert Format**<br><br>*Id*. at 57.<br><br>*See also*: |

U.S. Patent No. 9,590,977: Claim 1
"means for providing a certificate identifying said receiving device;"



**Figure 2.13.  HDCP Receiver Authentication Protocol State Diagram**

*Id*. at 31.

**State B1: Compute** $k_m$. In this state, the HDCP Receiver makes the AKE_Send_Cert message available for reading by the transmitter in response to AKE_Init. If AKE_No_Stored_km is received, the receiver decrypts $k_m$ with kpriv$_{rx}$ calculates $H'$. It makes AKE_Send_H_prime message available for reading immediately after computation of $H'$ to ensure that the message is received by the transmitter within the specified one second timeout at the transmitter.

*Id*.

U.S. Patent No. 9,590,977: Claim 1

"means for receiving a first signal from a first device after the first device determines, based on information obtained from the certificate, that the receiving device is compliant with a set of compliance rules;"

| means for receiving a first signal from a first device after the first device determines, based on information obtained from the certificate, that the receiving device is compliant with a set of compliance rules; | The Accused Product comprises means for receiving a first signal from a first device after the first device determines, based on information obtained from the certificate, that the receiving device is compliant with a set of compliance rules.<br><br>For example, the Accused Product comprises a receiver and microprocessor programmed with software for receiving a first signal, *e.g.*, the LC_Init message including $r_n$, from a first device (transmitter) after the first device determines, based on information obtained from the certificate that the Accused Product (receiving device) is compliant with a set of compliance rules.<br><br>The Accused Product receives the LC_Init message including $r_n$ after the first device (transmitter) determines as part of the Authentication and Key Exchange (AKE) stage and based on information obtained from the certificate, *cert$_{rx}$,* that the Accused Product is compliant with a set of compliance rules. For example, the certificate, *cert$_{rx}$,* includes a Receiver ID, Receiver Public Key, and a cryptographic signature.<br><br>The HDCP Receiver is issued 1024-bit RSA public and private keys. The public key is stored in a Public Key Certificate issued by DCP LLC, denoted by *cert$_{rx}$.* Table 2.1 gives the fields contained in the certificate. All values are stored in big-endian format.<br><br><table><tr><td>Name</td><td>Size (bits)</td><td>Bit position</td><td>Function</td></tr><tr><td>Receiver ID</td><td>40</td><td>4175:4136</td><td>Unique receiver identifier. It has the same format as an HDCP 1.x KSV i.e. it contains 20 ones and 20 zeroes</td></tr><tr><td>Receiver Public Key</td><td>1048</td><td>4135:3088</td><td>Unique RSA public key of HDCP Receiver denoted by *kpub$_{rx}$*. The first 1024 bits is the big-endian representation of the modulus n and the trailing 24 bits is the big-endian representation of the public exponent e</td></tr><tr><td>Reserved2</td><td>4</td><td>3087:3084</td><td>Reserved for future definition. Must be 0x0 or 0x1.</td></tr><tr><td>Reserved1</td><td>12</td><td>3083:3072</td><td>Reserved for future definition. Must be 0x000</td></tr><tr><td>DCP LLC Signature</td><td>3072</td><td>3071:0</td><td>A cryptographic signature calculated over all preceding fields of the certificate. RSASSA-PKCS1-v1_5 is the signature scheme used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function</td></tr></table><br>**Table 2.1. Public Key Certificate of HDCP Receiver**<br><br>HDMI HDCP 2.2 at 11. |

U.S. Patent No. 9,590,977: Claim 1

"means for receiving a first signal from a first device after the first device determines, based on information obtained from the certificate, that the receiving device is compliant with a set of compliance rules;"

### 2.3   Locality Check

Locality check is performed after AKE and pairing. The HDCP Transmitter initiates locality check by sending a 64-bit pseudo-random nonce $r_n$ to the downstream receiver.

The HDCP Transmitter

- Initiates locality check by writing the LC_Init message containing a 64-bit pseudo-random nonce $r_n$ to the HDCP Receiver.

*Id.* at 16.

**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

*Id.* at 17.

The Accused Product receives the LC_Init message including $r_n$ after the first device determines, for example, that the certificate conforms with the format established by the HDCP specification (*see id.* at 11, excerpted above) and indicates a valid signature and a Receiver ID that is not in a revocation list.

U.S. Patent No. 9,590,977: Claim 1

"means for receiving a first signal from a first device after the first device determines, based on information obtained from the certificate, that the receiving device is compliant with a set of compliance rules;"

| | |
|---|---|
| | • Extracts *Receiver ID* from *cert$_{rx}$* |
| | ○ If the HDCP Transmitter does not have a 128-bit Master Key $k_m$ stored corresponding to the *Receiver ID* (See Section 2.2.1) |
| | ▪ Verifies the signature on the certificate using kpub$_{dcp}$. Failure of signature verification constitutes an authentication failure and the HDCP Transmitter aborts the authentication protocol. |
| | ▪ Generates a pseudo-random 128-bit Master Key $k_m$. Encrypts $k_m$ with $kpub_{rx}$ ($E_{kpub}(km)$) and sends AKE_No_Stored_km message to the receiver containing the 1024-bit $E_{kpub}(km)$. RSAES-OAEP encryption scheme must be used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function. The mask generation function used is MGF1 which uses SHA-256 as its underlying hash function. |
| | ▪ Verifies integrity of the System Renewability Message (SRM). It does this by checking the signature of the SRM using kpub$_{dcp}$. Failure of this integrity check constitutes an authentication failure and causes the HDCP Transmitter to abort authentication protocol. |
| | The top-level HDCP Transmitter checks to see if the *Receiver ID* of the connected device is found in the revocation list. If the *Receiver ID* of the connected HDCP Device is found in the revocation list, authentication fails and the authentication protocol is aborted. SRM integrity check and revocation check are performed only by the top-level HDCP Transmitter. |
| | *Id.* at 13.<br><br>A valid signature in the certificate indicates, for example, that the second device is compliant with a set of compliance rules of the HDCP specification.<br><br>   1.9 "**Compliance Rules**" means the technical requirements set out in Exhibit C, as such exhibit may be amended by Licensor from time to time in accordance with the terms of this Agreement. |

23

U.S. Patent No. 9,590,977: Claim 1

"means for receiving a first signal from a first device after the first device determines, based on information obtained from the certificate, that the receiving device is compliant with a set of compliance rules;"

| | |
|---|---|
| | HDCP License Agreement, March 6, 2017, at 2, *available at* https://digital-cp.com/sites/default/files/HDCP%20License%20Agreement_March%206%2C%202017_FOR%20REVIEW%20ONLY.pdf. |

**EXHIBIT C**
**COMPLIANCE RULES**

Adopter agrees to comply with all terms and conditions of these Compliance Rules, which may be amended from time to time by Licensor in accordance with Section 5 of this Agreement.

*Id*. at Exhibit C.

*See also*:



**Figure 2.13. HDCP Receiver Authentication Protocol State Diagram**

HDMI HDCP 2.2 at 31.

**Transition B1: B2.** The transition occurs when $r_n$ is received as part of LC_Init message from the transmitter.

*Id*.

U.S. Patent No. 9,590,977: Claim 1

"means for generating a second signal after receiving the first signal, wherein said second signal is derived using a secret known by the first device;"

| means for generating a second signal after receiving the first signal, wherein said second signal is derived using a secret known by the first device; | The Accused Product comprises means for generating a second signal after receiving the first signal, wherein said second signal is derived using a secret known by the first device. |
|---|---|

For example, the Accused Product comprises a microprocessor programmed with software for generating a second signal, *e.g.*, L', after receiving the first signal, *e.g.*, LC_Init including $r_n$.

> The HDCP Receiver
>
> - Computes a 256-bit value $L' = \text{HMAC-SHA256}(r_n, k_d \text{ XOR } r_{rx})$.
>
> - Makes LC_Send_L_prime message containing 256-bit $L'$ available for the transmitter to read immediately after computation of $L'$ to ensure that the message is received by the transmitter within the specified 20 ms timeout at the transmitter.

HDMI HDCP 2.2 at 17.



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

*Id.*

The value of L' is derived from $k_d$.

$$\text{Compute L'} = \text{HMAC-SHA256}(r_n, k_d \text{ XOR } r_{rx})$$

*Id.*

The value of $k_d$ is based upon $dkey_0$ and $dkey_1$, each of which is derived from $k_m$, the Master Key.

25

"means for generating a second signal after receiving the first signal, wherein said second signal is derived using a secret known by the first device;"

Performs key derivation as explained in Section 2.7 to generate 256-bit $k_d$. $k_d$ = $dkey_0 \parallel dkey_1$, where $dkey_0$ and $dkey_1$ are derived keys generated when ctr = 0 and ctr = 1 respectively. $dkey_0$ and $dkey_1$ are in big-endian order.

*Id.* at 14-15.



**Figure 2.10. Key Derivation**

*Id.* at 25.

**Master Key.** A 128-bit random, secret cryptographic key negotiated between the HDCP Transmitter and the HDCP Receiver during Authentication and Key Exchange and used to pair the HDCP Transmitter with the HDCP Receiver.

*Id.* at 8.

Each of $k_m$, $k_d$, $dkey_0$ and $dkey_1$ is a secret.

U.S. Patent No. 9,590,977: Claim 1

"means for generating a second signal after receiving the first signal, wherein said second signal is derived using a secret known by the first device;"

| Value | Confidentiality Required*? | Integrity Required*? | Value used by Core Functions? | Core Function |
|---|---|---|---|---|
| $k_m$ | Yes | Yes* | Yes | Handling of Master Key, during AKE (including Pairing) and Key Derivation, in plaintext form |
| $k_d$ | Yes | Yes* | No | N/A |
| $dkey_0, dkey_1$ | Yes | Yes* | No | N/A |

*Id.* at 67 (abridged).

The first device (transmitter) generates and/or stores the Master Key $k_m$ and thus knows the secret.

- o  If the HDCP Transmitter does not have a 128-bit Master Key $k_m$ stored corresponding to the *Receiver ID* (See Section 2.2.1)

  - ▪  Verifies the signature on the certificate using $kpub_{dcp}$. Failure of signature verification constitutes an authentication failure and the HDCP Transmitter aborts the authentication protocol.

  - ▪  Generates a pseudo-random 128-bit Master Key $k_m$. Encrypts $k_m$ with $kpub_{rx}$ ($E_{kpub}(km)$) and sends AKE_No_Stored_km message to the receiver containing the 1024-bit $E_{kpub}(km)$. RSAES-OAEP encryption scheme must be used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function. The mask generation function used is MGF1 which uses SHA-256 as its underlying hash function.

*Id.* at 13.

- o  If the HDCP Transmitter has a 128-bit Master Key $k_m$ stored corresponding to the *Receiver ID* (See Section 2.2.1)

  - ▪  Sends AKE_Stored_km message to the receiver with the 128-bit $E_{kh}(k_m)$ and the 128-bit *m* corresponding to the *Receiver ID* of the HDCP Receiver

U.S. Patent No. 9,590,977: Claim 1

"means for generating a second signal after receiving the first signal, wherein said second signal is derived using a secret known by the first device;"

*Id*. at 14.

The first device also knows $k_d$.

**2.3   Locality Check**

Locality check is performed after AKE and pairing. The HDCP Transmitter initiates locality check by sending a 64-bit pseudo-random nonce $r_n$ to the downstream receiver.

The HDCP Transmitter

- Initiates locality check by writing the LC_Init message containing a 64-bit pseudo-random nonce $r_n$ to the HDCP Receiver.

- Sets its watchdog timer to 20 ms. The LC_Send_L_prime message must be received by the transmitter within 20 ms from the time the transmitter finishes writing the LC_Init message parameters to the HDCP Receiver. Locality check fails if the watchdog timer expires before the last byte of the LC_Send_L_prime message is received by the transmitter. The transmitter then aborts the authentication protocol.

- Computes L = HMAC-SHA256($r_n$, $k_d$ XOR $r_{rx}$) where HMAC-SHA256 is computed over $r_n$ and the key used for HMAC is $k_d$ XOR $r_{rx}$, where $r_{rx}$ is XORed with the least-significant 64-bits of $k_d$.

- On reading LC_Send_L_prime message from the receiver, compares L and *L′*. Locality check fails if L is not equal to *L′*.

*Id*. at 16.



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

*Id*. at 17.

28

U.S. Patent No. 9,590,977: Claim 1

"means for generating a second signal after receiving the first signal, wherein said second signal is derived using a secret known by the first device;"

| | |
|---|---|
| | The Master Key, $k_m$, is received encrypted from the transmitter (first device) using the Accused Product's public key, $kpub_{rx}$. The Accused Product decrypts $k_m$ using the Accused Product's private key, $kpriv_{rx}$, when the transmitter (first device) had not previously stored a $k_m$ corresponding to the Accused Product. <br><br>  <br><br> **Figure 2.1. Authentication and Key Exchange (Without Stored $k_m$)** <br><br> *Id*. at 12. <br><br> ▪ Generates a pseudo-random 128-bit Master Key $k_m$. Encrypts $k_m$ with $kpub_{rx}$ ($E_{kpub}(km)$) and sends AKE_No_Stored_km message to the receiver containing the 1024-bit $E_{kpub}(km)$. RSAES-OAEP encryption scheme must be used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function. The mask generation function used is MGF1 which uses SHA-256 as its underlying hash function. <br><br> *Id*. at 13. |

"means for generating a second signal after receiving the first signal, wherein said second signal is derived using a secret known by the first device;"

- If AKE_No_Stored_km is received, the HDCP Receiver

    o Decrypts $k_m$ with kpriv$_{rx}$ using RSAES-OAEP decryption scheme.

    o Performs key derivation as explained in Section 2.7 to generate 256-bit $k_d$. $k_d$ = dkey$_0$ || dkey$_1$, where dkey$_0$ and dkey$_1$ are derived keys generated when ctr = 0 and ctr = 1 respectively. dkey$_0$ and dkey$_1$ are in big-endian order.

*Id.* at 14.

The Accused Product decrypts $k_m$ using $k_h$ when the transmitter (first device) previously stored a $k_m$ corresponding to the Accused Product.



**Figure 2.2. Authentication and Key Exchange (With Stored $k_m$)**

*Id.* at 12.

- Sends AKE_Stored_km message to the receiver with the 128-bit $E_{kh}(k_m)$ and the 128-bit $m$ corresponding to the *Receiver ID* of the HDCP Receiver

*Id.* at 14.

"means for generating a second signal after receiving the first signal, wherein said second signal is derived using a secret known by the first device;"

- If AKE_Stored_km is received, the HDCP Receiver

  o Computes 128-bit $k_h = $ SHA-256(kpriv$_{rx}$)[127:0]

  o Decrypts $E_{kh}(k_m)$ using AES with the received $m$ as input and $k_h$ as key in to the AES module as illustrated in Figure 2.3 to derive $k_m$.

  o Performs key derivation as explained in Section 2.7 to generate 256-bit $k_d$. $k_d = $ dkey$_0$ ‖ dkey$_1$, where dkey$_0$ and dkey$_1$ are derived keys generated when ctr = 0 and ctr = 1 respectively. dkey$_0$ and dkey$_1$ are in big-endian order.

*Id.* at 15.

*See also*:



**Figure 2.13. HDCP Receiver Authentication Protocol State Diagram**

*Id.* at 31.

**State B2: Compute *L'*.** The HDCP Receiver computes *L'* required during locality check and makes the LC_Send_L_prime message available for reading by the transmitter.

U.S. Patent No. 9,590,977: Claim 1

"means for generating a second signal after receiving the first signal, wherein said second signal is derived using a secret known by the first device;"

| | |
|---|---|
| | *Id.* |

U.S. Patent No. 9,590,977: Claim 1
"means for transmitting said second signal;"

| means for transmitting said second signal; | The Accused Product comprises means for transmitting said second signal. |
|---|---|
| | For example, the Accused Product comprises a transmitter and a microprocessor programmed with software for transmitting the second signal, *e.g.*, L'. |
| | The HDCP Receiver |
| | • Computes a 256-bit value $L' = \text{HMAC-SHA256}(r_n, \text{k}_d \text{ XOR } r_{rx})$. |
| | • Makes LC_Send_L_prime message containing 256-bit $L'$ available for the transmitter to read immediately after computation of $L'$ to ensure that the message is received by the transmitter within the specified 20 ms timeout at the transmitter. |
| | HDMI HDCP 2.2 at 17. |
| |  |
| | **Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver** |
| | *Id*. |

33

U.S. Patent No. 9,590,977: Claim 1

"means for generating a secure authenticated channel using the secret; and"

| | |
|---|---|
| means for generating a secure authenticated channel using the secret; and | The Accused Product comprises means for generating a secure authenticated channel using the secret.<br><br>For example, the Accused Product comprises a microprocessor programmed with software for generating a secure authenticated channel using the secret, *e.g.*, such as the Master Key $k_m$.<br><br>Both Authentication and Key Exchange (AKE) and the Locality Check must be satisfied prior to any session key exchange and thus to establish a secure communications channel between the transmitter and the Accused Product.<br><br>The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages<br><br>• Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.<br><br>• Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 20 ms.<br><br>• Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.<br><br>• Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.<br><br>Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.<br><br>HDMI HDCP 2.2 at 11.<br><br>The secret, *e.g.*, such as the Master Key $k_m$, is used in the AKE stage and Locality Check and is thus used to generate the secure channel. |

U.S. Patent No. 9,590,977: Claim 1

"means for generating a secure authenticated channel using the secret; and"



Figure 2.1. Authentication and Key Exchange (Without Stored $k_m$)

*Id*. at 12.

- Generates a pseudo-random 128-bit Master Key $k_m$. Encrypts $k_m$ with $kpub_{rx}$ ($E_{kpub}(km)$) and sends AKE_No_Stored_km message to the receiver containing the 1024-bit $E_{kpub}(km)$. RSAES-OAEP encryption scheme must be used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function. The mask generation function used is MGF1 which uses SHA-256 as its underlying hash function.

*Id*. at 13.

U.S. Patent No. 9,590,977: Claim 1

"means for generating a secure authenticated channel using the secret; and"

- If AKE_No_Stored_km is received, the HDCP Receiver

  o Decrypts $k_m$ with kpriv$_{rx}$ using RSAES-OAEP decryption scheme.

  o Performs key derivation as explained in Section 2.7 to generate 256-bit $k_d$. $k_d$ = dkey$_0$ || dkey$_1$, where dkey$_0$ and dkey$_1$ are derived keys generated when ctr = 0 and ctr = 1 respectively. dkey$_0$ and dkey$_1$ are in big-endian order.

*Id.* at 14.



**Figure 2.2. Authentication and Key Exchange (With Stored $k_m$)**

*Id.* at 12.

- Sends AKE_Stored_km message to the receiver with the 128-bit $E_{kh}(k_m)$ and the 128-bit $m$ corresponding to the *Receiver ID* of the HDCP Receiver

*Id.* at 14.

U.S. Patent No. 9,590,977: Claim 1

"means for generating a secure authenticated channel using the secret; and"

- • If AKE_Stored_km is received, the HDCP Receiver

  - ○ Computes 128-bit $k_h$ = SHA-256(kpriv$_{rx}$)[127:0]

  - ○ Decrypts $E_{kh}(k_m)$ using AES with the received $m$ as input and $k_h$ as key in to the AES module as illustrated in Figure 2.3 to derive $k_m$.

  - ○ Performs key derivation as explained in Section 2.7 to generate 256-bit $k_d$. $k_d$ = dkey$_0$ ‖ dkey$_1$, where dkey$_0$ and dkey$_1$ are derived keys generated when ctr = 0 and ctr = 1 respectively. dkey$_0$ and dkey$_1$ are in big-endian order.

*Id.* at 15.

### 2.3  Locality Check

Locality check is performed after AKE and pairing. The HDCP Transmitter initiates locality check by sending a 64-bit pseudo-random nonce $r_n$ to the downstream receiver.

The HDCP Transmitter

- • Initiates locality check by writing the LC_Init message containing a 64-bit pseudo-random nonce $r_n$ to the HDCP Receiver.

- • Sets its watchdog timer to 20 ms. The LC_Send_L_prime message must be received by the transmitter within 20 ms from the time the transmitter finishes writing the LC_Init message parameters to the HDCP Receiver. Locality check fails if the watchdog timer expires before the last byte of the LC_Send_L_prime message is received by the transmitter. The transmitter then aborts the authentication protocol.

- • Computes L = HMAC-SHA256($r_n$, $k_d$ XOR $r_{rx}$) where HMAC-SHA256 is computed over $r_n$ and the key used for HMAC is $k_d$ XOR $r_{rx}$, where $r_{rx}$ is XORed with the least-significant 64-bits of $k_d$.

- • On reading LC_Send_L_prime message from the receiver, compares L and $L'$. Locality check fails if L is not equal to $L'$.

*Id.* at 16.

"means for generating a secure authenticated channel using the secret; and"



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

The HDCP Receiver

- Computes a 256-bit value $L' = \text{HMAC-SHA256}(r_n, k_d \text{ XOR } r_{rx})$.

- Makes LC_Send_L_prime message containing 256-bit $L'$ available for the transmitter to read immediately after computation of $L'$ to ensure that the message is received by the transmitter within the specified 20 ms timeout at the transmitter.

In the case of a locality check failure due to expiration of the watchdog timer or due to mismatch of L and $L'$ at the HDCP Transmitter, locality check may be reattempted by the HDCP Transmitter for a maximum of 1023 additional attempts(for a maximum allowed 1024 total trials) with the transmission of an LC_Init message containing a new $r_n$. Failure of locality check on the first attempt and subsequent zero or more reattempts results in an authentication failure and the authentication protocol is aborted.

*Id.* at 17.

Performs key derivation as explained in Section 2.7 to generate 256-bit $k_d$. $k_d = \text{dkey}_0 \,\|\, \text{dkey}_1$, where $\text{dkey}_0$ and $\text{dkey}_1$ are derived keys generated when ctr = 0 and ctr = 1 respectively. $\text{dkey}_0$ and $\text{dkey}_1$ are in big-endian order.

*Id.* at 14-15.

"means for generating a secure authenticated channel using the secret; and"



**Figure 2.10. Key Derivation**

*Id.* at 25.

In addition, each $dkey_i$ signal, including $dkey_2$, is derived from $k_m$, the Master Key.

> Performs key derivation as explained in Section 2.7 to generate 256-bit $k_d$. $k_d = dkey_0 \parallel dkey_1$, where $dkey_0$ and $dkey_1$ are derived keys generated when $ctr = 0$ and $ctr = 1$ respectively. $dkey_0$ and $dkey_1$ are in big-endian order.

*Id.* at 14-15.

U.S. Patent No. 9,590,977: Claim 1
"means for generating a secure authenticated channel using the secret; and"



**Figure 2.10. Key Derivation**

*Id.* at 25.

The Accused Product uses dkey₂, which is derived from $k_m$, during Session Key Exchange to generate the secure authenticated channel and thus uses $k_m$ to generate the secure authenticated channel.

"means for generating a secure authenticated channel using the secret; and"

| | |
|---|---|
| | **2.4    Session Key Exchange**<br><br>Successful completion of AKE and locality check stages affirms to HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. Session Key Exchange (SKE) is initiated by the HDCP Transmitter after a successful locality check. The HDCP Transmitter sends encrypted Session Key to the HDCP Receiver at least 200 ms before enabling HDCP Encryption and beginning the transmission of HDCP Content. HDCP Encryption may be enabled 200 ms after the transmission of the encrypted Session Key to the HDCP Receiver and at no time prior. Content encrypted with the Session Key $k_s$ starts to flow between the HDCP Transmitter and HDCP Receiver. HDCP Encryption must be enabled only after successful completion of AKE, locality check and SKE stages.<br><br>During SKE, the HDCP Transmitter<br><br>• Generates a pseudo-random 128-bit Session Key $k_s$ and 64-bit pseudo-random number $r_{iv}$.<br><br>• Performs key derivation as explained in Section 2.7 to generate 128-bit dkey$_2$ where dkey$_2$ is the derived key when ctr =2.<br><br>• Computes 128-bit $E_{dkey}(k_s) = k_s$ XOR (dkey$_2$ XOR $r_{rx}$), where $r_{rx}$ is XORed with the least-significant 64-bits of dkey$_2$.<br><br>• Writes SKE_Send_Eks message containing $E_{dkey}(k_s)$ and $r_{iv}$ to the HDCP Receiver.<br><br>On receiving SKE_Send_Eks message, the HDCP Receiver<br><br>• Performs key derivation as explained in Section 2.7 to generate 128-bit dkey$_2$ where dkey$_2$ is the derived key when ctr =2.<br><br>• Computes $k_s = E_{dkey}(k_s)$ XOR (dkey$_2$ XOR $r_{rx}$) |
| | *Id*. at 17-18. |

U.S. Patent No. 9,590,977: Claim 1

"means for receiving over the secure authenticated channel a protected content after the first device determines that the second signal is derived using the secret and a time between a transmission of the first signal and receipt of the second signal by the first device is less than a predetermined time."

| | |
|---|---|
| means for receiving over the secure authenticated channel a protected content after the first device determines that the second signal is derived using the secret and a time between a transmission of the first signal and receipt of the second signal by the first device is less than a predetermined time. | The Accused Product comprises means for receiving over the secure authenticated channel a protected content after the first device determines that the second signal is derived using the secret and a time between a transmission of the first signal and receipt of the second signal by the first device is less than a predetermined time.<br><br>For example, the Accused Product comprises a receiver and a microprocessor programmed with software for receiving over the secure authenticated channel a protected content after the first device (transmitter) determines that the second signal, *e.g.*, L', is derived using the secret, *e.g.*, such as the Master Key, $k_m$, and a time between a transmission of the first signal, *e.g.*, the LC_Init message including $r_n$, and receipt of the second signal by the first device is less than a predetermined time.<br><br>The HDCP 2.2 Locality Check must be passed prior to session key exchange and establishment of a secure communications path for receipt of protected content by the Accused Product.<br><br>The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages<br><br>• Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.<br><br>• Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 20 ms.<br><br>• Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.<br><br>• Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.<br><br>Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.<br><br>HDMI HDCP 2.2 at 11.<br><br>The Accused Product receives protected content after the first device, as part of the Locality Check, has determined that the L' received via the LC_Send_L_prime message is derived from the secret (as determined |

U.S. Patent No. 9,590,977: Claim 1

"means for receiving over the secure authenticated channel a protected content after the first device determines that the second signal is derived using the secret and a time between a transmission of the first signal and receipt of the second signal by the first device is less than a predetermined time."

| | |
|---|---|
| | by matching L' to value L which is derived from the secret (*e.g.*, L is computed based on $k_d$, which is based on $dkey_0$ and $dkey_1$, each of which is based on the Master Key, $k_m$)); and a time between transmission of the LC_Init message and receiving L' via the LC_Send_L_prime message is less than a predetermined time of 20 ms. |
| | **2.3   Locality Check** |
| | Locality check is performed after AKE and pairing. The HDCP Transmitter initiates locality check by sending a 64-bit pseudo-random nonce $r_n$ to the downstream receiver. |
| | The HDCP Transmitter |
| | • Initiates locality check by writing the LC_Init message containing a 64-bit pseudo-random nonce $r_n$ to the HDCP Receiver. |
| | • Sets its watchdog timer to 20 ms. The LC_Send_L_prime message must be received by the transmitter within 20 ms from the time the transmitter finishes writing the LC_Init message parameters to the HDCP Receiver. Locality check fails if the watchdog timer expires before the last byte of the LC_Send_L_prime message is received by the transmitter. The transmitter then aborts the authentication protocol. |
| | • Computes L = HMAC-SHA256($r_n$, $k_d$ XOR $r_{rx}$) where HMAC-SHA256 is computed over $r_n$ and the key used for HMAC is $k_d$ XOR $r_{rx}$, where $r_{rx}$ is XORed with the least-significant 64-bits of $k_d$. |
| | • On reading LC_Send_L_prime message from the receiver, compares L and L'. Locality check fails if L is not equal to L'. |
| | *Id.* at 16. |

43

U.S. Patent No. 9,590,977: Claim 1

"means for receiving over the secure authenticated channel a protected content after the first device determines that the second signal is derived using the secret and a time between a transmission of the first signal and receipt of the second signal by the first device is less than a predetermined time."



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

The HDCP Receiver

- Computes a 256-bit value $L' = $ HMAC-SHA256($r_n$, $k_d$ XOR $r_{rx}$).

- Makes LC_Send_L_prime message containing 256-bit $L'$ available for the transmitter to read immediately after computation of $L'$ to ensure that the message is received by the transmitter within the specified 20 ms timeout at the transmitter.

In the case of a locality check failure due to expiration of the watchdog timer or due to mismatch of L and $L'$ at the HDCP Transmitter, locality check may be reattempted by the HDCP Transmitter for a maximum of 1023 additional attempts(for a maximum allowed 1024 trials) with the transmission of an LC_Init message containing a new $r_n$. Failure of locality check on the first attempt and subsequent zero or more reattempts results in an authentication failure and the authentication protocol is aborted.

*Id.* at 17.

The Accused Product proceeds to session key exchange and receipt of the protected content after successful completion of the AKE stage and Locality Check.

### 2.4   Session Key Exchange

Successful completion of AKE and locality check stages affirms to HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. Session Key Exchange (SKE) is initiated by the HDCP Transmitter after a successful locality check. The HDCP Transmitter sends encrypted Session Key to the HDCP Receiver at least 200 ms before enabling HDCP Encryption and beginning the transmission of HDCP Content. HDCP Encryption may be enabled 200 ms after the transmission of the encrypted Session Key to the HDCP Receiver and at no time prior. Content encrypted with the Session Key $k_s$ starts to flow between the HDCP Transmitter and HDCP Receiver. HDCP Encryption must be enabled only after successful completion of AKE, locality check and SKE stages.

U.S. Patent No. 9,590,977: Claim 1

"means for receiving over the secure authenticated channel a protected content after the first device determines that the second signal is derived using the secret and a time between a transmission of the first signal and receipt of the second signal by the first device is less than a predetermined time."

| | |
|---|---|
| | *Id.* |
| |  |
| | *Id.* at 50. |
| | *See also*: |

"means for receiving over the secure authenticated channel a protected content after the first device determines that the second signal is derived using the secret and a time between a transmission of the first signal and receipt of the second signal by the first device is less than a predetermined time."



**Figure 2.13.  HDCP Receiver Authentication Protocol State Diagram**

*Id*. at 31.

**State B3: Compute $k_s$.** The HDCP Receiver decrypts $E_{dkey}(k_s)$ to derive $k_s$.

**Transition B3: B1.** Should the HDCP Transmitter write an AKE_Init while the HDCP Receiver is in State B3, the HDCP Receiver abandons intermediate results and restarts computation of $k_m$.

**Transition B3: B4.** Successful computation of $k_s$ transitions the receiver into the authenticated state.

**State B4: Authenticated.** The HDCP Receiver has completed the authentication protocol. It must perform an ongoing link integrity check as described in Section 2.6. If the Receiver detects a synchronization mismatch between Transmitter and Receiver during the link integrity check, it must set the REAUTH_REQ bit in the *RxStatus* register.

*Id*. at 32.

U.S. Patent No. 9,590,977: Claim 11

"11. A second device for receiving protected content, the second device comprising:"

| 11. A second device for receiving protected content, the second device comprising: | Each of the Hisense Product and the MediaTek Product is a second device for receiving protected content, and is referred to herein as the "Accused Product."<br><br>For example, the Hisense Product is an HDMI receiver with HDCP 2.2 for receiving protected content.<br><br><br><br>Hisense, 4K UHD HISENSE ANDROID SMART TV (2020), 43" Class- H65G Series, Model: 43H6570G, https://www.hisense-usa.com/televisions/all-tvs/43H6570G_4k-uhd-hisense-android-smart-tv-2020.<br><br>The Hisense Product includes three HDMI 2.0b ports that support HDCP 2.2.<br><br><br><br>*Id.* |

U.S. Patent No. 9,590,977: Claim 11

"11. A second device for receiving protected content, the second device comprising:"



Image of Accused Product.

| PORTS | |
|---|---|
| HDMI | 3 (2.0b inputs) |
| Ethernet (LAN) | Yes |
| USB 2.0 | 2 |
| RF Antenna | 1 |
| RCA Composite Video Input | 1 |
| L/R Audio Input for Composite | 1 |

Hisense, H65 Series Android TV, Model 43H6570G, Specification Sheet, https://assets.hisense-usa.com/assets/ProductDownloads/204/1cfe52f276/43H6570G-Spec-Sheet.pdf.

U.S. Patent No. 9,590,977: Claim 11

"11. A second device for receiving protected content, the second device comprising:"



RTINGS.com, Hisense H6570F TV Review, https://www.rtings.com/tv/reviews/hisense/h6570f. H6570F is a 2019 model of Hisense's H65 Series Android TV and, upon information and belief, H6570G, the 2020 model of Hisense's H65 Series Android TV, includes HDMI ports substantially similar to those of H6570F and is compatible with HDCP 2.2.

The Hisense Product includes the MStar MSD6886NQHT SoC (the "MStar SoC") and the SK hynix H5TQ4G63EFR (the "SK hynix Memory").

U.S. Patent No. 9,590,977: Claim 11

"11. A second device for receiving protected content, the second device comprising:"



Accused Product Teardown (SoC & Memory).

The MStar SoC implements "Hardened DRM" – Mstar Trusted Execution Environment (TEE) that includes hardware support for HDCP 2.2.



U.S. Patent No. 9,590,977: Claim 11

"11. A second device for receiving protected content, the second device comprising:"



MStar Semiconductor, Security Evolution on TV/OTT (Jun. 2015), *available at* https://ecfsapi.fcc.gov/file/60001077389.pdf, at pp. 2, 5, 6.

On information and belief, the MStar SoC includes an ARM TrustZone-enabled Cortex-A CPU and Mali GPU, which provide hardware support for HDCP 2.2 and execute instructions.

U.S. Patent No. 9,590,977: Claim 11

"11. A second device for receiving protected content, the second device comprising:"



ARM, Designing Security & Trust into Connected Devices (Nov. 10, 2015), *available at* https://community.arm.com/cfs-file/__key/telligent-evolution-components-attachments/01-2142-00-00-00-00-67-58/ARM-Techcon-Security-2015.pdf, at p. 21.

Upon information and belief, the MStar SoC includes the ARM Advanced Microcontroller Bus Architecture (AMBA) to connect the microprocessor circuit with the memory.



ARM, AMBA Overview, https://developer.arm.com/architectures/system-architectures/amba.

U.S. Patent No. 9,590,977: Claim 11

"11. A second device for receiving protected content, the second device comprising:"

| | |
|---|---|
| | Upon information and belief, the Accused Product is compliant with the High-bandwidth Digital Content Protection System Revision 2.2 ("HDCP 2.2") protocol. The Accused Product supports HDCP 2.2 for protecting content between devices.

For the purpose of this specification, it is assumed that the Audiovisual content is transmitted over a HDMI based wired display link. In an HDCP System, two or more HDCP Devices are interconnected through an HDCP-protected Interface. The Audiovisual Content flows from the Upstream Content Control Function into the HDCP System at the most upstream HDCP Transmitter. From there the Audiovisual Content encrypted by the HDCP System, referred to as HDCP Content, flows through a tree-shaped topology of HDCP Receivers over HDCP-protected Interfaces. This specification describes a content protection mechanism for: (1) authentication of HDCP Receivers to their immediate upstream connection (i.e., an HDCP Transmitter), (2) revocation of HDCP Receivers that are determined by the Digital Content Protection, LLC, to be invalid, and (3) HDCP Encryption of Audiovisual Content over the HDCP-protected Interfaces between HDCP Transmitters and their downstream HDCP Receivers. HDCP Receivers may render the HDCP Content in audio and visual form for human consumption. HDCP Receivers may be HDCP Repeaters that serve as downstream HDCP Transmitters emitting the HDCP Content further downstream to one or more additional HDCP Receivers.

High-bandwidth Digital Content Protection System Mapping HDCP to HDMI, Rev. 2.2 (Feb. 13, 2013), *available                                    at*                         https://www.digital-cp.com/sites/default/files/specifications/HDCP%20on%20HDMI%20Specification%20Rev2_2_Final1.pdf ("HDMI HDCP 2.2") at 5.

There are three elements of the content protection system. Each element plays a specific role in the system. First, there is the authentication protocol, through which the HDCP Transmitter verifies that a given HDCP Receiver is licensed to receive HDCP Content. The authentication protocol is implemented between the HDCP Transmitter and its corresponding downstream HDCP Receiver. With the legitimacy of the HDCP Receiver determined, encrypted HDCP Content is transmitted between the two devices based on shared secrets established during the authentication protocol. This prevents eavesdropping devices from utilizing the content. Finally, in the event that legitimate devices are compromised to permit unauthorized use of HDCP Content, renewability allows an HDCP Transmitter to identify such compromised devices and prevent the transmission of HDCP Content.

This document contains chapters describing in detail the requirements of each of these elements. In addition, a chapter is devoted to describing the cipher structure that is used in the encryption of HDCP Content.

*Id.* at 9. |

U.S. Patent No. 9,590,977: Claim 11

"11. A second device for receiving protected content, the second device comprising:"

| |
|---|
| The Accused Product is an HDCP Device, and more specifically an HDCP 2.2-compliant Device, capable of functioning as an HDCP Receiver and that implements required functionality of HDMI HDCP 2.2 including the functions required by the HDCP Receiver State Diagram.<br><br>The state machines in this specification define the required behavior of HDCP Devices. The link-visible behavior of HDCP Devices implementing the specified state machines must be identical, even if implementations differ from the descriptions. The behavior of HDCP Devices implementing the specified state machines must also be identical from the perspective of an entity outside of the HDCP System.<br><br>Implementations must include all elements of the content protection system described herein, unless the element is specifically identified as informative or optional. Adopters must also ensure that implementations satisfy the robustness and compliance rules described in the technology license.<br><br>*Id.* at 5.<br><br>HDCP 2.2-compliant Device. An HDCP Device that is designed in adherence to HDCP 2.2 is referred to as an *HDCP 2.2-compliant Device*.<br><br>*Id.* at 6.<br><br>HDCP Device. Any device that contains one or more HDCP-protected Interface Port and is designed in adherence to HDCP is referred to as an *HDCP Device*.<br><br>*Id.* at 7. |

U.S. Patent No. 9,590,977: Claim 11

"11. A second device for receiving protected content, the second device comprising:"



**Figure 2.13.  HDCP Receiver Authentication Protocol State Diagram**

*Id*. at 31-32.

The Accused Product includes, for example, a bit in its HDCP2Version register identifying the Accused Product as HDCP 2 capable.

> **State H1: Transmit Low-value Content.** In this state, the transmitter reads the HDCP2Version register. The transmitter determines that the receiver is HDCP 2 capable by reading bit[2] in the receiver's HDCP2Version register. If this bit is set to 1, it indicates that the receiver is HDCP 2 capable. In this state the transmitter should begin sending an unencrypted signal with HDCP Encryption disabled. The transmitted signal can be a low value content or informative on-screen display. This will ensure that a valid video signal is displayed to the user before and during authentication.

*Id*. at 27.

The Accused Product receives protected content.

55

U.S. Patent No. 9,590,977: Claim 11

"11. A second device for receiving protected content, the second device comprising:"

| |
|---|
| **2.1   Overview**<br><br>The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages<br><br>• Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.<br><br>• Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 20 ms.<br><br>• Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.<br><br>• Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.<br><br>Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.<br><br>*Id*. at 11. |

U.S. Patent No. 9,590,977: Claim 11

"a memory, the memory storing a public key and a private key, wherein the public key and private key are a pair;"

| a memory, the memory storing a public key and a private key, wherein the public key and private key are a pair; | The Accused Product comprises a memory, the memory storing a public key and a private key, wherein the public key and private key are a pair.<br><br>The Accused Product includes a memory. For example, the Accused Product includes the MStar MSD6886NQHT SoC (the "MStar SoC") and the SK hynix H5TQ4G63EFR memory (the "SK hynix Memory").<br><br><br><br>Accused Product Teardown (SoC & Memory).<br><br>The Accused Product's memory stores a public key, *e.g.*, kpub$_{rx}$, and a private key, *e.g.*, kpriv$_{rx}$, wherein the public key and private key are a pair.<br><br>**Device Key Set.** An HDCP Receiver has a Device Key Set, which consists of its corresponding Device Secret Keys along with the associated Public Key Certificate.<br><br>HDMI HDCP 2.2 at 6. |

U.S. Patent No. 9,590,977: Claim 11

"a memory, the memory storing a public key and a private key, wherein the public key and private key are a pair;"

|  | |
|---|---|
|  | The HDCP Receiver is issued 1024-bit RSA public and private keys. The public key is stored in a Public Key Certificate issued by DCP LLC, denoted by $cert_{rx}$. Table 2.1 gives the fields contained in the certificate. All values are stored in big-endian format. |

| Name | Size (bits) | Bit position | Function |
|---|---|---|---|
| Receiver ID | 40 | 4175:4136 | Unique receiver identifier. It has the same format as an HDCP 1.x KSV i.e. it contains 20 ones and 20 zeroes |
| Receiver Public Key | 1048 | 4135:3088 | Unique RSA public key of HDCP Receiver denoted by $kpub_{rx}$. The first 1024 bits is the big-endian representation of the modulus n and the trailing 24 bits is the big-endian representation of the public exponent e |
| Reserved2 | 4 | 3087:3084 | Reserved for future definition. Must be 0x0 or 0x1. |
| Reserved1 | 12 | 3083:3072 | Reserved for future definition. Must be 0x000 |
| DCP LLC Signature | 3072 | 3071:0 | A cryptographic signature calculated over all preceding fields of the certificate. RSASSA-PKCS1-v1_5 is the signature scheme used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function |

**Table 2.1. Public Key Certificate of HDCP Receiver**

The secret RSA private key is denoted by $kpriv_{rx}$. The computation time of RSA private key operation can be reduced by using the Chinese Remainder Theorem (CRT) technique. Therefore, it is recommended that HDCP Receivers use the CRT technique for private key computations.

*Id.* at 11.

U.S. Patent No. 9,590,977: Claim 11

"a microprocessor circuit connected to the memory via a communication bus, the microprocessor arranged to:"

| a microprocessor circuit connected to the memory via a communication bus, the microprocessor arranged to: | The Accused Product comprises a microprocessor circuit connected to the memory via a communication bus, the microprocessor arranged to operate as set forth in the body of the claim.<br><br>The Accused Product includes the MStar SoC.<br><br><br><br>Accused Product Teardown (SoC).<br><br>The MStar SoC implements "Hardened DRM" – Mstar Trusted Execution Environment (TEE) that includes hardware support for HDCP 2.2.<br><br> |

U.S. Patent No. 9,590,977: Claim 11

"a microprocessor circuit connected to the memory via a communication bus, the microprocessor arranged to:"



MStar Semiconductor, Security Evolution on TV/OTT (Jun. 2015), *available at* https://ecfsapi.fcc.gov/file/60001077389.pdf, at pp. 2, 5, 6.

On information and belief, the MStar SoC includes an ARM TrustZone-enabled Cortex-A CPU and Mali GPU, which provide hardware support for HDCP 2.2 and execute instructions.

U.S. Patent No. 9,590,977: Claim 11

"a microprocessor circuit connected to the memory via a communication bus, the microprocessor arranged to:"



ARM, Designing Security & Trust into Connected Devices (Nov. 10, 2015), *available at* https://community.arm.com/cfs-file/__key/telligent-evolution-components-attachments/01-2142-00-00-00-00-67-58/ARM-Techcon-Security-2015.pdf, at p. 21.

Upon information and belief, the MStar SoC includes the ARM Advanced Microcontroller Bus Architecture (AMBA) to connect the microprocessor circuit with the memory.



U.S. Patent No. 9,590,977: Claim 11

"a microprocessor circuit connected to the memory via a communication bus, the microprocessor arranged to:"

| | |
|---|---|
| | ARM, AMBA Overview, https://developer.arm.com/architectures/system-architectures/amba. |

U.S. Patent No. 9,590,977: Claim 11

"provide a certificate to a first device identifying said second device, said certificate comprising the public key;"

| provide a certificate to a first device identifying said second device, said certificate comprising the public key; | The microprocessor of the Accused Product is arranged to provide a certificate, *e.g.*, $cert_{rx}$, to a first device (transmitter) identifying the Accused Product (second device) as part of the Authentication and Key Exchange (AKE) stage of the HDCP 2.2 protocol, the certificate comprising the public key, *e.g.*, $kpub_{rx}$.<br><br>The certificate, $cert_{rx}$, includes a Receiver ID for the second device, Receiver Public Key ($kpub_{rx}$), and a cryptographic signature, amongst other information.<br><br>The HDCP Receiver is issued 1024-bit RSA public and private keys. The public key is stored in a Public Key Certificate issued by DCP LLC, denoted by $cert_{rx}$. Table 2.1 gives the fields contained in the certificate. All values are stored in big-endian format.<br><br><table><tr><th>Name</th><th>Size (bits)</th><th>Bit position</th><th>Function</th></tr><tr><td>Receiver ID</td><td>40</td><td>4175:4136</td><td>Unique receiver identifier. It has the same format as an HDCP 1.x KSV i.e. it contains 20 ones and 20 zeroes</td></tr><tr><td>Receiver Public Key</td><td>1048</td><td>4135:3088</td><td>Unique RSA public key of HDCP Receiver denoted by $kpub_{rx}$. The first 1024 bits is the big-endian representation of the modulus n and the trailing 24 bits is the big-endian representation of the public exponent e</td></tr><tr><td>Reserved2</td><td>4</td><td>3087:3084</td><td>Reserved for future definition. Must be 0x0 or 0x1.</td></tr><tr><td>Reserved1</td><td>12</td><td>3083:3072</td><td>Reserved for future definition. Must be 0x000</td></tr><tr><td>DCP LLC Signature</td><td>3072</td><td>3071:0</td><td>A cryptographic signature calculated over all preceding fields of the certificate. RSASSA-PKCS1-v1_5 is the signature scheme used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function</td></tr></table>**Table 2.1. Public Key Certificate of HDCP Receiver**<br><br>HDMI HDCP 2.2 at 11.<br><br>**Public Key Certificate.** Each HDCP Receiver is issued a Public Key Certificate signed by DCP LLC, and contains the Receiver ID and RSA public key corresponding to the HDCP Receiver.<br><br>*Id.* at 8.<br><br>The Accused Product provides the certificate to the transmitter as part of the AKE stage, irrespective of whether the transmitter has a Master Key $k_m$ stored corresponding to the Receiver ID. |

U.S. Patent No. 9,590,977: Claim 11

"provide a certificate to a first device identifying said second device, said certificate comprising the public key;"



*Id.* at 12.

*Id.*

U.S. Patent No. 9,590,977: Claim 11

"provide a certificate to a first device identifying said second device, said certificate comprising the public key;"

| | The Accused Product provides the certificate to the first device as part of the AKE_Send_Cert message. |
|---|---|
| | The HDCP Receiver |
| | • Makes available the AKE_Send_Cert message for the transmitter to read in response to AKE_Init. The AKE_Send_Cert message must be available for the transmitter to read within 100 ms from the time the transmitter finishes writing the AKE_Init message parameters to the HDCP Receiver. |
| | *Id*. at 14. |
| | Reads AKE_Send_Cert from the receiver containing $cert_{rx}$, a 64-bit pseudo-random value ($r_{rx}$) and *RxCaps*. REPEATER bit in *RxCaps* indicates whether the connected receiver is an HDCP Repeater. If REPEATER is set to one, it indicates the receiver is an HDCP Repeater. If REPEATER is zero, the receiver is not an HDCP Repeater. The AKE_Send_Cert message must be available for the transmitter to read within 100 ms from the time the transmitter finishes writing the AKE_Init message parameters to the HDCP Receiver. If the AKE_Send_Cert message is not available for the transmitter to read within 100 ms, the transmitter aborts the authentication protocol. |
| | *Id*. at 13. |
| | 4.2.2   AKE_Send_Cert (Read) |
| | The HDCP Transmitter attempts to read AKE_Send_Cert beginning with $cert_{rx}$ within 100 ms after writing the AKE_Init message i.e. after the last byte of *TxCaps* has been written. |

| Syntax | No. of Bytes |
|---|---|
| AKE_Send_Cert { | |
| msg_id (=3) | 1 |
| $cert_{rx}$[4175..0] | 522 |
| $r_{rx}$[63..0] | 8 |
| *RxCaps* | 3 |
| } | |

**Table 4.3. AKE_Send_Cert Format**

| | *Id*. at 57. |
|---|---|
| | *See also*: |

U.S. Patent No. 9,590,977: Claim 11

"provide a certificate to a first device identifying said second device, said certificate comprising the public key;"



Figure 2.13. HDCP Receiver Authentication Protocol State Diagram

*Id.* at 31.

State B1: Compute $k_m$. In this state, the HDCP Receiver makes the AKE_Send_Cert message available for reading by the transmitter in response to AKE_Init. If AKE_No_Stored_km is received, the receiver decrypts $k_m$ with kpriv$_{rx}$ calculates $H'$. It makes AKE_Send_H_prime message available for reading immediately after computation of $H'$ to ensure that the message is received by the transmitter within the specified one second timeout at the transmitter.

*Id.*

66

U.S. Patent No. 9,590,977: Claim 11

"receive a first signal from a first device after the first device determines, based on information obtained from the certificate that the receiving device is compliant;"

| | |
|---|---|
| receive a first signal from a first device after the first device determines, based on information obtained from the certificate that the receiving device is compliant; | The microprocessor of the Accused Product is arranged to receive a first signal, *e.g.*, $r_n$ of the LC_Init message, from a first device (transmitter) after the first device determines, based on information obtained from the certificate that the Accused Product (receiving device) is compliant.<br><br>The Accused Product receives $r_n$ of the LC_Init message when, as part of the Authentication and Key Exchange (AKE) stage, the first device determines based on information obtained from the certificate, $cert_{rx}$, that the Accused Product is compliant. For example, the certificate, $cert_{rx}$, includes a Receiver ID, Receiver Public Key, and a cryptographic signature.<br><br>The HDCP Receiver is issued 1024-bit RSA public and private keys. The public key is stored in a Public Key Certificate issued by DCP LLC, denoted by $cert_{rx}$. Table 2.1 gives the fields contained in the certificate. All values are stored in big-endian format.<br><br><table><tr><td>**Name**</td><td>**Size (bits)**</td><td>**Bit position**</td><td>**Function**</td></tr><tr><td>Receiver ID</td><td>40</td><td>4175:4136</td><td>Unique receiver identifier. It has the same format as an HDCP 1.x KSV i.e. it contains 20 ones and 20 zeroes</td></tr><tr><td>Receiver Public Key</td><td>1048</td><td>4135:3088</td><td>Unique RSA public key of HDCP Receiver denoted by $kpub_{rx}$. The first 1024 bits is the big-endian representation of the modulus n and the trailing 24 bits is the big-endian representation of the public exponent e</td></tr><tr><td>Reserved2</td><td>4</td><td>3087:3084</td><td>Reserved for future definition. Must be 0x0 or 0x1.</td></tr><tr><td>Reserved1</td><td>12</td><td>3083:3072</td><td>Reserved for future definition. Must be 0x000</td></tr><tr><td>DCP LLC Signature</td><td>3072</td><td>3071:0</td><td>A cryptographic signature calculated over all preceding fields of the certificate. RSASSA-PKCS1-v1_5 is the signature scheme used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function</td></tr></table>**Table 2.1. Public Key Certificate of HDCP Receiver**<br><br>HDMI HDCP 2.2 at 11.<br><br>**2.3   Locality Check**<br><br>Locality check is performed after AKE and pairing. The HDCP Transmitter initiates locality check by sending a 64-bit pseudo-random nonce $r_n$ to the downstream receiver.<br><br>The HDCP Transmitter<br><br>•   Initiates locality check by writing the LC_Init message containing a 64-bit pseudo-random nonce $r_n$ to the HDCP Receiver.<br><br>*Id.* at 16. |

U.S. Patent No. 9,590,977: Claim 11

"receive a first signal from a first device after the first device determines, based on information obtained from the certificate that the receiving device is compliant;"

| | |
|---|---|
| | 

Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver

*Id*. at 17.

The Accused Product receives $r_n$ of the LC_Init message after the first device determines that certificate indicates, for example, that the certificate conforms with the format established by the HDCP specification (*see id*. at 11, excerpted above) and indicates a valid signature and a Receiver ID that is not in a revocation list. |

U.S. Patent No. 9,590,977: Claim 11

"receive a first signal from a first device after the first device determines, based on information obtained from the certificate that the receiving device is compliant;"

|  |  |
|---|---|
|  | • Extracts *Receiver ID* from *cert_{rx}*<br><br>   o If the HDCP Transmitter does not have a 128-bit Master Key $k_m$ stored corresponding to the *Receiver ID* (See Section 2.2.1)<br><br>      ▪ Verifies the signature on the certificate using kpub_{dcp}. Failure of signature verification constitutes an authentication failure and the HDCP Transmitter aborts the authentication protocol.<br><br>      ▪ Generates a pseudo-random 128-bit Master Key $k_m$. Encrypts $k_m$ with $kpub_{rx}$ ($E_{kpub}(km)$) and sends AKE_No_Stored_km message to the receiver containing the 1024-bit $E_{kpub}(km)$. RSAES-OAEP encryption scheme must be used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function. The mask generation function used is MGF1 which uses SHA-256 as its underlying hash function.<br><br>      ▪ Verifies integrity of the System Renewability Message (SRM). It does this by checking the signature of the SRM using kpub_{dcp}. Failure of this integrity check constitutes an authentication failure and causes the HDCP Transmitter to abort authentication protocol.<br><br>      The top-level HDCP Transmitter checks to see if the *Receiver ID* of the connected device is found in the revocation list. If the *Receiver ID* of the connected HDCP Device is found in the revocation list, authentication fails and the authentication protocol is aborted. SRM integrity check and revocation check are performed only by the top-level HDCP Transmitter.<br><br>*Id.* at 13.<br><br>A valid signature in the certificate indicates, for example, that the second device is compliant with compliance rules of the HDCP specification.<br><br>   1.9 "**Compliance Rules**" means the technical requirements set out in Exhibit C, as such exhibit may be amended by Licensor from time to time in accordance with the terms of this Agreement. |

U.S. Patent No. 9,590,977: Claim 11

"receive a first signal from a first device after the first device determines, based on information obtained from the certificate that the receiving device is compliant;"

| | |
|---|---|
| | HDCP License Agreement, March 6, 2017, at 2, *available at* https://digital-cp.com/sites/default/files/HDCP%20License%20Agreement_March%206%2C%202017_FOR%20REVIEW%20ONLY.pdfvi. |

EXHIBIT C
COMPLIANCE RULES

Adopter agrees to comply with all terms and conditions of these Compliance Rules, which may be amended from time to time by Licensor in accordance with Section 5 of this Agreement.

*Id.* at Exhibit C.

*See also*:



Figure 2.13.  HDCP Receiver Authentication Protocol State Diagram

HDMI HDCP 2.2 at 31.

**Transition B1: B2**. The transition occurs when $r_n$ is received as part of LC_Init message from the transmitter.

*Id.*

U.S. Patent No. 9,590,977: Claim 11

"obtain a secret encrypted by the public key, wherein the secret is known by the first device;"

| obtain a secret encrypted by the public key, wherein the secret is known by the first device; | The microprocessor of the Accused Product is arranged to obtain a secret, *e.g.*, the Master Key, $k_m$, encrypted by the public key, *e.g.*, kpub$_{rx}$, wherein the secret is known by the first device (transmitter). |
|---|---|

(second cell continued)

**Master Key**. A 128-bit random, secret cryptographic key negotiated between the HDCP Transmitter and the HDCP Receiver during Authentication and Key Exchange and used to pair the HDCP Transmitter with the HDCP Receiver.

HDMI HDCP 2.2 at 8.

The Master Key, $k_m$, is a secret.

| Value | Confidentiality Required[*]? | Integrity Required[*]? | Value used by Core Functions? | Core Function |
|---|---|---|---|---|
| $k_m$ | Yes | Yes[*] | Yes | Handling of Master Key, during AKE (including Pairing) and Key Derivation, in plaintext form |
| $k_d$ | Yes | Yes[*] | No | N/A |
| dkey$_0$,dkey$_1$ | Yes | Yes[*] | No | N/A |

*Id*. at 67 (abridged).

The first device generates and/or stores the Master Key $k_m$ and thus knows the secret.

U.S. Patent No. 9,590,977: Claim 11

"obtain a secret encrypted by the public key, wherein the secret is known by the first device;"

| |
|---|
| <ul><li>If the HDCP Transmitter does not have a 128-bit Master Key $k_m$ stored corresponding to the *Receiver ID* (See Section 2.2.1)<ul><li>Verifies the signature on the certificate using kpub$_{dcp}$. Failure of signature verification constitutes an authentication failure and the HDCP Transmitter aborts the authentication protocol.</li><li>Generates a pseudo-random 128-bit Master Key $k_m$. Encrypts $k_m$ with kpub$_{rx}$ ($E_{kpub}(km)$) and sends AKE_No_Stored_km message to the receiver containing the 1024-bit $E_{kpub}(km)$. RSAES-OAEP encryption scheme must be used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function. The mask generation function used is MGF1 which uses SHA-256 as its underlying hash function.</li></ul></li></ul><br>*Id*. at 13.<br><br><ul><li>If the HDCP Transmitter has a 128-bit Master Key $k_m$ stored corresponding to the *Receiver ID* (See Section 2.2.1)<ul><li>Sends AKE_Stored_km message to the receiver with the 128-bit $E_{kh}(k_m)$ and the 128-bit $m$ corresponding to the *Receiver ID* of the HDCP Receiver</li></ul></li></ul><br>*Id*. at 14.<br><br>The Accused Product obtains the Master Key, k$_m$, encrypted from the transmitter (first device) using the Accused Product's public key, kpub$_{rx}$. |

U.S. Patent No. 9,590,977: Claim 11

"obtain a secret encrypted by the public key, wherein the secret is known by the first device;"



**Figure 2.1. Authentication and Key Exchange (Without Stored $k_m$)**

*Id*. at 12.

- Generates a pseudo-random 128-bit Master Key $k_m$. Encrypts $k_m$ with $kpub_{rx}$ ($E_{kpub}(km)$) and sends AKE_No_Stored_km message to the receiver containing the 1024-bit $E_{kpub}(km)$. RSAES-OAEP encryption scheme must be used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function. The mask generation function used is MGF1 which uses SHA-256 as its underlying hash function.

*Id*. at 13.

U.S. Patent No. 9,590,977: Claim 11

"obtain a secret encrypted by the public key, wherein the secret is known by the first device;"

- If AKE_No_Stored_km is received, the HDCP Receiver

  o Decrypts $k_m$ with $kpriv_{rx}$ using RSAES-OAEP decryption scheme.

  o Performs key derivation as explained in Section 2.7 to generate 256-bit $k_d$. $k_d =$ dkey$_0$ ‖ dkey$_1$, where dkey$_0$ and dkey$_1$ are derived keys generated when ctr = 0 and ctr = 1 respectively. dkey$_0$ and dkey$_1$ are in big-endian order.

*Id*. at 14.

*See also*:



Figure 2.13. HDCP Receiver Authentication Protocol State Diagram

*Id*. at 31.

U.S. Patent No. 9,590,977: Claim 11

"obtain a secret encrypted by the public key, wherein the secret is known by the first device;"

| | |
|---|---|
| | **State B1: Compute $k_m$.** In this state, the HDCP Receiver makes the AKE_Send_Cert message available for reading by the transmitter in response to AKE_Init. If AKE_No_Stored_km is received, the receiver decrypts $k_m$ with kpriv$_{rx}$ calculates $H'$. It makes AKE_Send_H_prime message available for reading immediately after computation of $H'$ to ensure that the message is received by the transmitter within the specified one second timeout at the transmitter.<br><br>If AKE_Stored_km is received, the HDCP Receiver decrypts $E_{kh}(k_m)$ to derive $k_m$ and calculates $H'$. It makes AKE_Send_H_prime message available for reading immediately after computation of $H'$ to ensure that the message is received by the transmitter within the specified 200 ms timeout at the transmitter<br><br>If AKE_No_Stored_km is received, this is an indication to the HDCP Receiver that the HDCP Transmitter does not contain a $k_m$ stored corresponding to its *Receiver ID*. It implements pairing with the HDCP Transmitter as explained in Section 2.2.1. |
| *Id.* | |

U.S. Patent No. 9,590,977: Claim 11

"use the private key to determine the secret;"

| use the private key to determine the secret; | The microprocessor of the Accused Product is arranged to use the private key, *e.g.*, kpriv$_{rx}$, to determine the secret, *e.g.*, the Master Key, k$_m$. |
|---|---|
| |  |

**Figure 2.1. Authentication and Key Exchange (Without Stored $k_m$)**

HDMI HDCP 2.2 at 12.

- If AKE_No_Stored_km is received, the HDCP Receiver

  - Decrypts $k_m$ with kpriv$_{rx}$ using RSAES-OAEP decryption scheme.

  - Performs key derivation as explained in Section 2.7 to generate 256-bit k$_d$. k$_d$ = dkey$_0$ $\parallel$ dkey$_1$, where dkey$_0$ and dkey$_1$ are derived keys generated when ctr = 0 and ctr = 1 respectively. dkey$_0$ and dkey$_1$ are in big-endian order.

*Id.* at 14.

*See also*:

U.S. Patent No. 9,590,977: Claim 11

"use the private key to determine the secret;"



**Figure 2.13. HDCP Receiver Authentication Protocol State Diagram**

*Id.* at 31.

**State B1: Compute $k_m$.** In this state, the HDCP Receiver makes the AKE_Send_Cert message available for reading by the transmitter in response to AKE_Init. If AKE_No_Stored_km is received, the receiver decrypts $k_m$ with kpriv$_{rx}$ calculates $H'$. It makes AKE_Send_H_prime message available for reading immediately after computation of $H'$ to ensure that the message is received by the transmitter within the specified one second timeout at the transmitter.

If AKE_Stored_km is received, the HDCP Receiver decrypts $E_{kh}(k_m)$ to derive $k_m$ and calculates $H'$. It makes AKE_Send_H_prime message available for reading immediately after computation of $H'$ to ensure that the message is received by the transmitter within the specified 200 ms timeout at the transmitter

If AKE_No_Stored_km is received, this is an indication to the HDCP Receiver that the HDCP Transmitter does not contain a $k_m$ stored corresponding to its *Receiver ID*. It implements pairing with the HDCP Transmitter as explained in Section 2.2.1.

*Id.*

"derive a second signal, wherein the second signal is the first signal modified using the secret;"

| derive a second signal, wherein the second signal is the first signal modified using the secret; | The microprocessor of the Accused Product is arranged to derive a second signal, *e.g.*, L', wherein the second signal is the first signal, *e.g.*, $r_n$, modified using the secret, the Master Key, $k_m$.<br><br>The HDCP Receiver<br><br>• Computes a 256-bit value $L' = \text{HMAC-SHA256}(r_n, k_d \text{ XOR } r_{rx})$.<br><br>• Makes LC_Send_L_prime message containing 256-bit $L'$ available for the transmitter to read immediately after computation of $L'$ to ensure that the message is received by the transmitter within the specified 20 ms timeout at the transmitter.<br><br>HDMI HDCP 2.2 at 17.<br><br><br>**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**<br><br>*Id.*<br><br>The second signal, *e.g.*, L', is the first signal, *e.g.*, $r_n$, modified using $k_m$.<br><br>The value of L' is derived from $k_d$.<br><br>$$\text{Compute } L' = \text{HMAC-SHA256}(r_n, k_d \text{ XOR } r_{rx})$$<br><br>*Id.*<br><br>The value of $k_d$ is based upon $dkey_0$ and $dkey_1$, each of which is derived from $k_m$, the Master Key. |

U.S. Patent No. 9,590,977: Claim 11

"derive a second signal, wherein the second signal is the first signal modified using the secret;"

| | |
|---|---|
| | Performs key derivation as explained in Section 2.7 to generate 256-bit $k_d$. $k_d =$ dkey$_0$ $\|$ dkey$_1$, where dkey$_0$ and dkey$_1$ are derived keys generated when ctr = 0 and ctr = 1 respectively. dkey$_0$ and dkey$_1$ are in big-endian order.<br><br>*Id.* at 14-15.<br><br><br><br>**Figure 2.10. Key Derivation**<br><br>*Id.* at 25.<br><br>**Master Key.** A 128-bit random, secret cryptographic key negotiated between the HDCP Transmitter and the HDCP Receiver during Authentication and Key Exchange and used to pair the HDCP Transmitter with the HDCP Receiver.<br><br>*Id.* at 8.<br><br>Each of $k_m$, $k_d$, dkey$_0$ and dkey$_1$ is a secret. |

U.S. Patent No. 9,590,977: Claim 11

"derive a second signal, wherein the second signal is the first signal modified using the secret;"

| Value | Confidentiality Required[a]? | Integrity Required[a]? | Value used by Core Functions? | Core Function |
|---|---|---|---|---|
| $k_m$ | Yes | Yes[*] | Yes | Handling of Master Key, during AKE (including Pairing) and Key Derivation, in plaintext form |
| $k_d$ | Yes | Yes[*] | No | N/A |
| $dkey_0, dkey_1$ | Yes | Yes[*] | No | N/A |

*Id.* at 67 (abridged).

*See also*:



**Figure 2.13.  HDCP Receiver Authentication Protocol State Diagram**

*Id.* at 31.

**State B2: Compute *L'*.** The HDCP Receiver computes *L'* required during locality check and makes the LC_Send_L_prime message available for reading by the transmitter.

*Id.*

80

U.S. Patent No. 9,590,977: Claim 11

"send the second signal to the first device after receiving the first signal;"

| send the second signal to the first device after receiving the first signal; | The microprocessor of the Accused Product is arranged to send the second signal, *e.g.*, the LC_Send_L_prime message including L', to the first device after receiving the first signal, *e.g.*, $r_n$ of the LC_Init message. |
|---|---|
| | **2.3   Locality Check** |
| | Locality check is performed after AKE and pairing. The HDCP Transmitter initiates locality check by sending a 64-bit pseudo-random nonce $r_n$ to the downstream receiver. |
| | The HDCP Transmitter |
| | • Initiates locality check by writing the LC_Init message containing a 64-bit pseudo-random nonce $r_n$ to the HDCP Receiver. |
| | • Sets its watchdog timer to 20 ms. The LC_Send_L_prime message must be received by the transmitter within 20 ms from the time the transmitter finishes writing the LC_Init message parameters to the HDCP Receiver. Locality check fails if the watchdog timer expires before the last byte of the LC_Send_L_prime message is received by the transmitter. The transmitter then aborts the authentication protocol. |
| | • Computes L = HMAC-SHA256($r_n$, $k_d$ XOR $r_{rx}$) where HMAC-SHA256 is computed over $r_n$ and the key for HMAC is $k_d$ XOR $r_{rx}$, where $r_{rx}$ is XORed with the least-significant 64-bits of $k_d$. |
| | • On reading LC_Send_L_prime message from the receiver, compares L and *L'*. Locality check fails if L is not equal to *L'*. |
| | HDMI HDCP 2.2 at 16. |

"send the second signal to the first device after receiving the first signal;"



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

The HDCP Receiver

- Computes a 256-bit value $L' = \text{HMAC-SHA256}(r_n, k_d \text{ XOR } r_{rx})$.

- Makes LC_Send_L_prime message containing 256-bit $L'$ available for the transmitter to read immediately after computation of $L'$ to ensure that the message is received by the transmitter within the specified 20 ms timeout at the transmitter.

*Id.* at 17.

### 4.2.8 LC_Send_L_prime (Read)

The LC_Send_L_prime message must be available for the transmitter to read within 20 ms from the time the transmitter finishes writing the LC_Init message parameters to the HDCP Receiver i.e. after the last byte of $r_n$ has been written.

| Syntax | No. of Bytes |
|---|---|
| LC_Send_L_prime{ | |
| msg_id (=10) | 1 |
| $L$ [255..0] | 32 |
| } | |

**Table 4.10. LC_Send_L_prime Format**

*Id.* at 59.

*See also*:

U.S. Patent No. 9,590,977: Claim 11
"send the second signal to the first device after receiving the first signal;"



Figure 2.13. HDCP Receiver Authentication Protocol State Diagram

*Id.* at 31.

**State B2: Compute *L'*.** The HDCP Receiver computes *L'* required during locality check and makes the LC_Send_L_prime message available for reading by the transmitter.

*Id.*

U.S. Patent No. 9,590,977: Claim 11

"receive protected content after the first device has determined that at least the second signal is derived from the secret and a time difference between first device's provision of the first signal and first device's reception of the second signal difference is less than a predetermined time."

| receive protected content after the first device has determined that at least the second signal is derived from the secret and a time difference between first device's provision of the first signal and first device's reception of the second signal difference is less than a predetermined time. | The microprocessor of the Accused Product is arranged to receive protected content after the first device (transmitter) has determined that at least the second signal, *e.g.*, L', is derived from the secret, *e.g.*, the Master Key, $k_m$, and a time difference between first device's provision of the first signal, *e.g.*, $r_n$ of the LC_Init message, and first device's reception of the second signal is less than a predetermined time.<br><br>The HDCP 2.2 Locality Check must be passed prior to session key exchange and establishment of a secure communications path for receipt of protected content by the Accused Product.<br><br>The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages<br><br>• Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.<br><br>• Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 20 ms.<br><br>• Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.<br><br>• Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.<br><br>Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.<br><br>HDMI HDCP 2.2 at 11.<br><br>The Accused Product receives protected content after the first device, as part of the Locality Check, has determined that the L' received via the LC_Send_L_prime message is derived from the secret (as determined by matching L' to value L which is derived from the secret (*e.g.*, L is computed based on $k_d$, which is based on $dkey_0$ and $dkey_1$, each of which is based on the Master Key, $k_m$)); and a time difference between the first device's provision of the LC_Init message and receiving L' via the LC_Send_L_prime message is less than a predetermined time of 20 ms. |

U.S. Patent No. 9,590,977: Claim 11

"receive protected content after the first device has determined that at least the second signal is derived from the secret and a time difference between first device's provision of the first signal and first device's reception of the second signal difference is less than a predetermined time."

| | |
|---|---|
| | **2.3    Locality Check** |
| | Locality check is performed after AKE and pairing. The HDCP Transmitter initiates locality check by sending a 64-bit pseudo-random nonce $r_n$ to the downstream receiver. |
| | The HDCP Transmitter |
| | • Initiates locality check by writing the LC_Init message containing a 64-bit pseudo-random nonce $r_n$ to the HDCP Receiver. |
| | • Sets its watchdog timer to 20 ms. The LC_Send_L_prime message must be received by the transmitter within 20 ms from the time the transmitter finishes writing the LC_Init message parameters to the HDCP Receiver. Locality check fails if the watchdog timer expires before the last byte of the LC_Send_L_prime message is received by the transmitter. The transmitter then aborts the authentication protocol. |
| | • Computes L = HMAC-SHA256($r_n$, $k_d$ XOR $r_{rx}$) where HMAC-SHA256 is computed over $r_n$ and the key used for HMAC is $k_d$ XOR $r_{rx}$, where $r_{rx}$ is XORed with the least-significant 64-bits of $k_d$. |
| | • On reading LC_Send_L_prime message from the receiver, compares L and $L'$. Locality check fails if L is not equal to $L'$. |
| *Id.* at 16. | |

U.S. Patent No. 9,590,977: Claim 11

"receive protected content after the first device has determined that at least the second signal is derived from the secret and a time difference between first device's provision of the first signal and first device's reception of the second signal difference is less than a predetermined time."



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

The HDCP Receiver

- Computes a 256-bit value $L' =$ HMAC-SHA256($r_n$, $k_d$ XOR $r_{rx}$).

- Makes LC_Send_L_prime message containing 256-bit $L'$ available for the transmitter to read immediately after computation of $L'$ to ensure that the message is received by the transmitter within the specified 20 ms timeout at the transmitter.

In the case of a locality check failure due to expiration of the watchdog timer or due to mismatch of L and $L'$ at the HDCP Transmitter, locality check may be reattempted by the HDCP Transmitter for a maximum of 1023 additional attempts(for a maximum allowed 1024 trials) with the transmission of an LC_Init message containing a new $r_n$. Failure of locality check on the first attempt and subsequent zero or more reattempts results in an authentication failure and the authentication protocol is aborted.

*Id.* at 17.

The Accused Product proceeds to session key exchange and receipt of the protected content after successful completion of the AKE stage and Locality Check.

### 2.4    Session Key Exchange

Successful completion of AKE and locality check stages affirms to HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. Session Key Exchange (SKE) is initiated by the HDCP Transmitter after a successful locality check. The HDCP Transmitter sends encrypted Session Key to the HDCP Receiver at least 200 ms before enabling HDCP Encryption and beginning the transmission of HDCP Content. HDCP Encryption may be enabled 200 ms after the transmission of the encrypted Session Key to the HDCP Receiver and at no time prior. Content encrypted with the Session Key $k_s$ starts to flow between the HDCP Transmitter and HDCP Receiver. HDCP Encryption must be enabled only after successful completion of AKE, locality check and SKE stages.

U.S. Patent No. 9,590,977: Claim 11

"receive protected content after the first device has determined that at least the second signal is derived from the secret and a time difference between first device's provision of the first signal and first device's reception of the second signal difference is less than a predetermined time."

*Id.*

### 3.1 Data Encryption

HDCP Encryption is applied at the input to the T.M.D.S. Encoder and decryption is applied at the output of the T.M.D.S. Decoder (Figure 3-1). HDCP Encryption consists of a bit-wise exclusive-or (XOR) of the HDCP Content with a pseudo-random data stream produced by the HDCP Cipher.



**Figure 3-1. HDCP Encryption and Decryption**

*Id.* at 50.

*See also*:

U.S. Patent No. 9,590,977: Claim 11

"receive protected content after the first device has determined that at least the second signal is derived from the secret and a time difference between first device's provision of the first signal and first device's reception of the second signal difference is less than a predetermined time."



Figure 2.13. HDCP Receiver Authentication Protocol State Diagram

*Id.* at 31.

**State B3: Compute $k_s$.** The HDCP Receiver decrypts $E_{dkey}(k_s)$ to derive $k_s$.

**Transition B3: B1.** Should the HDCP Transmitter write an AKE_Init while the HDCP Receiver is in State B3, the HDCP Receiver abandons intermediate results and restarts computation of $k_m$.

**Transition B3: B4.** Successful computation of $k_s$ transitions the receiver into the authenticated state.

**State B4: Authenticated.** The HDCP Receiver has completed the authentication protocol. It must perform an ongoing link integrity check as described in Section 2.6. If the Receiver detects a synchronization mismatch between Transmitter and Receiver during the link integrity check, it must set the REAUTH_REQ bit in the *RxStatus* register.

*Id.* at 32.